| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SADEK LAW OFFICES<br>701 East Gate Dr., Ste 129<br>Mt. Laurel, NJ 08054<br>(856) 890-9003; Fax (215) 545-0611<br>brad@sadeklaw.com; jeanie@sadeklaw.com<br>Attorney(s) for Debtor | |
| In Re:<br>Dolwyn J. Underwood, Jr. | Case No.: 23-11985 (CMG)<br>Judge: Christine M. Gravelle<br>Chapter: 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Wells Fargo Bank NA, creditor,

   A hearing has been scheduled for March 6, 2024, at 9:00 am.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ____________________, at ________.

   ☐ Certification of Default filed by ______________________,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____________, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor proposes an immediate payment of $1,121.17; Debtor proposes that the balance of arrears be paid through the Plan; Debtor will resume regular monthly payments April 2024

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: February 24, 2024 | /s/ Dolwyn J. Underwood, Jr.
Debtor's Signature

Date: ______________________ | ______________________________
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.